In the Matter of JENNIFER L., Appellant, v GERALD S., JR., Respondent.

In the Matter of GERALD S., JR., Respondent, v JENNIFER L., Appellant.

In the Matter of MELINDA L.-B., Respondent, v GERALD S., JR., Appellant, and JENNIFER L., Respondent. (And Another Action.)

Submitted February 14, 2017; decided March 30, 2017

Reported below, 145 AD3d 1581.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution. Motion for poor person relief dismissed as academic.